IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| U.S. NATIONAL BANK ASSN., | § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:16-CV-0125-M-BK |
| ARTURO A. MONDRAGON and CELIA MONDRAGON, | § § § § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Accordingly, the Motion for Default Judgment filed by Plaintiff is GRANTED.

SIGNED this 6 day of June, 2016.

_____
BARBARA M. G. LYNN
CHIEF JUDGE